Louis Sanchez and Fred L. Sanchez, a Minor, by Louis Sanchez, his Father and Next Friend, Appellees, v. Joseph Sobieski, Appellant.

Gen. No. 46,342.

Jacob N. Gross, for appellant; John C. Mullen, for appellees. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed November 3, 1954; released for publication December 9, 1954.